AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-cr-00378 |
| NATHANIEL A. TUCK | ) Assigned To : Judge Timothy J. Kelly |
| aka "Nathan" and "Tito" | ) Assign. Date : 7/7/2021 |
| | ) Description: SUPERSEDING INDICTMENT (B) |
| Defendant | ) Related Case: 21-cr-378(TJK) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* NATHANIEL A. TUCK aka "Nathan" and "Tito"

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☒ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 1512(c)(2), 2 (Obstruction of an Official Proceeding, Aiding and Abetting); 18 U.S.C. § 1752(a)(1) (Entering and Remaining in a Restricted Building or Grounds);18 U.S.C. § 1752(a)(2) (Disorderly and Disruptive Conduct in a Restricted Building or Grounds); 40 U.S.C. § 5104(e)(2)(D) (Disorderly Conduct in a Capitol Building); 40 U.S.C. § 5104(e)(2)(G) (Parading, Demonstrating, or Picketing in a Capitol Building);18 U.S.C. § 231(a)(3) (Civil Disorder)

Date: 07/07/2021

Laurence Pierre-Louis (Digitally signed)

G. Michael Harvey
2021.07.07
18:12:34 -04'00'

*Issuing officer's signature*

City and state: Washington D.C.

G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on (date) 07/07/2021, and the person was arrested on (date) 07/15/2021
at (city and state) Orlando, FL

Date: 07/15/2021

*Arresting officer's signature*

Steven Snyder Special Agent
*Printed name and title*