UNITED STATES DISTRICT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 21-cr-00378-TJK |
| ) | |
| ARTHUR JACKMAN, et al., ) | |
| ) | |
| Defendant. ) | |

**DEFENDANTS TUCKS' NOTICE OF NO OPPOSITION**

NOW COMES, Defendants, Kevin and Nathan Tuck, by and through their undersigned counsel to file this Notice of No Opposition to the Government's Motion to Continue Status Hearing. *See* EFC. NO. 119

Dated: January 29, 2023                                        Respectfully submitted,

/s/ William L. Shipley
William L. Shipley, Jr., Esq.
PO BOX 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com
*Attorney for Defendants*

1