UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 21-CR-378 (TJK) |
| | : | |
| ARTHUR JACKMAN, et al., | : | |
| | : | |
| Defendants. | : | |

## GOVERNMENT'S UNOPPOSED MOTION TO CONTINUE THE DEADLINE FOR OPPOSITIONS AND REPLIES TO THE PARTIES' MOTIONS *IN LIMINE*

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully submits this unopposed motion to continue the parties' deadlines to file their oppositions to Motions *in Limine*, which are filed at ECF 183 (George) and ECF 188 (USA). Pursuant to the Scheduling Order entered in this case (ECF 150), oppositions to the parties' Motions *in Limine* are due by July 22, 2024, and replies shall be filed by August 5, 2024. ECF 150 at ¶ 4.

In support of this motion, the government offers that counsel for Defendant George and the government met and conferred by teleconference yesterday and today, and the parties plan to meet and confer again on Monday, July 22, to discuss the issues presented by counsel for Defendant George in his Motion to Continue the trial date (ECF 184) and the accompanying Reply (ECF 193). The government proposes to continue the deadlines for oppositions and replies for the parties' Motions *in Limine* and revise the Court's Pretrial Order as follows:

- Oppositions to the parties' motions *in limine* (ECF 183 and 188) shall be filed by July 26, 2024, and replies shall be filed by August 9, 2024;

Defendant George has authorized the government to represent that he does not oppose the relief sought in this motion.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
DC BAR NO. 481052

By: /s/ *Jason McCullough*
JASON B.A. McCULLOUGH
DC Bar No. 998006; NY Bar No. 4544953
ALEXIS J. LOEB
CA Bar No. 269895
MONIKA (ISIA) JASIEWICZ
DC Bar No. 1024941
Assistant United States Attorneys
601 D Street NW
Washington, DC 20530
(202) 252-7233
jason.mccullough2@usdoj.gov