UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 21-cr-00378-TJK |
| ) | |
| NATHANIEL TUCK, ) | |
| ) | |
| Defendant ) | |

**DEFENDANT NATHANIEL TUCK'S NOTICE OF APPEAL**

William L. Shipley
PO Box 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com
*Attorney for Defendant*

Pursuant to Federal Rule of Appellate Procedure 4(b), notice is hereby given that Defendant Nathanial Tuck, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the Judgment of this Court entered on January 13, 2025.

Date: January 21, 2025,                    Respectfully Submitted,

/s/ William L. Shipley
William L. Shipley
PO Box 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com